**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number:  973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| **CASE NUMBER:**   18−19373−RG | **DATE FILED::** 5/8/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Amado A. Rodriguez<br>xxx−xx−7600 | ADDRESS OF DEBTOR(S):<br><br>65 N 10th St.<br>Paterson, NJ 07522 |
| DEBTOR'S ATTORNEY:<br>Paola D. Vera<br>Cabanillas & Associates PC<br>120 Bloomingdale Rd.<br>Ste 400<br>White Plains, NY 10605<br><br>914−618−7427 | TRUSTEE:<br>David Wolff<br>Law Offices of David Wolff LLC<br>396 Route 34<br>Matawan, NJ 07747<br>732−566−1189 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/26/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

    **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 27, 2018        FOR THE COURT
    Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 18-19373-RG
Amado A. Rodriguez                                              Chapter 7
         Debtor           CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 1         Date Rcvd: Sep 27, 2018
                               Form ID: noa                Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db             +Amado A. Rodriguez,    65 N 10th St.,    Paterson, NJ 07522-1113
aty            +David Wolff LLC,   Law Offices of David Wolff LLC,    396 Route 34,    Matawn, NJ 07747-7115
aty            +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
517519375      +Fay Servicing Llc,    440 S La Salle St Ste 20,    Chicago, IL 60605-5011
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2018 00:04:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2018 00:04:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517519372      +EDI: CHASE.COM Sep 28 2018 03:33:00      Chase Card Services,   Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
517519373      +EDI: CONVERGENT.COM Sep 28 2018 03:33:00      Convergent Outsourcing, Inc,    Po Box 9004,
                 Renton, WA 98057-9004
517519374      +E-mail/Text: bknotice@ercbpo.com Sep 28 2018 00:04:42      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
517519376      +EDI: FORD.COM Sep 28 2018 03:33:00      Lincoln Automotive Financial Service,    Attn: Bankruptcy,
                 Po Box 542000,    Omaha, NE 68154-8000
517519377       EDI: WFFC.COM Sep 28 2018 03:33:00      Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                 Greenville, SC 29606
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David   Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net,
               NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Paola D. Vera    on behalf of Debtor Amado A. Rodriguez pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```