UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  AMADO A. RODRIGUEZ

Case No.: 18-19373-RG
Chapter: 7
Judge: Rosemary Gambardella

## NOTICE OF PROPOSED ABANDONMENT

_David Wolff_, _Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _Rosemary Gambardella_ on _January 15, 2019_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3E_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real property located at 65 N. 10th Street, Paterson, New Jersey
Value: $243,000.00

Liens on property:
PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association  $367,881.15

Wells Fargo Bank  (Unknown)

Amount of equity claimed as exempt:
$1.00

Objections must be served on, and requests for additional information directed to:

Name: David Wolff, Trustee
Address: 396 Route 34, Matawan, New Jersey 07747
Telephone No.: (732) 566-1189

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 18-19373-RG
Amado A. Rodriguez                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Dec 17, 2018
                               Form ID: pdf905          Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db             +Amado A. Rodriguez,    65 N 10th St.,    Paterson, NJ 07522-1113
aty            +David Wolff LLC,   Law Offices of David Wolff LLC,    396 Route 34,    Matawn, NJ 07747-7115
aty            +Law Offices of David Wolff LLC,    396 Route 34,    Matawan, NJ 07747-7115
517519372      +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517519373      +Convergent Outsourcing, Inc,    Po Box 9004,    Renton, WA 98057-9004
517804172     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,     Dept. 55953,    PO Box 55000,
                Detroit, MI.   48255-0953)
517519375      +Fay Servicing Llc,    440 S La Salle St Ste 20,    Chicago, IL 60605-5011
517519376      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,     Po Box 542000,
                Omaha, NE 68154-8000
517519377     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    Po Box 6429,
                Greenville, SC 29606)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2018 00:14:06     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2018 00:14:02      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517519374      +E-mail/Text: bknotice@ercbpo.com Dec 18 2018 00:14:10     ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
517797006      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 18 2018 00:18:53      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2018 at the address(es) listed below:
              David  Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David  Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net,
               NJ50@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Paola D. Vera    on behalf of Debtor Amado A. Rodriguez pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```