Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–19373–RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Amado A. Rodriguez
    65 N 10th St.
    Paterson, NJ 07522

Social Security No.:
    xxx–xx–7600

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       1/7/20
Time:       10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

        The following applications for compensation have been filed:

APPLICANT(S)
Law Offices of David Wolff LLC,

COMMISSION OR FEES
$11,582.00

EXPENSES
$43.94

If this is a chapter 13 case, the fees and expenses awarded:

☐        will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

        An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 3, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-19373-RG
Amado A. Rodriguez                                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1        Date Rcvd: Dec 03, 2019
                           Form ID: 137          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db            +Amado A. Rodriguez,   65 N 10th St.,   Paterson, NJ 07522-1113
aty           +David Wolff LLC,   Law Offices of David Wolff LLC,   396 Route 34,   Matawn, NJ 07747-7115
aty           +Law Offices of David Wolff LLC,   396 Route 34,   Matawan, NJ 07747-7116
517519372     +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517804172    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court:  Ford Motor Credit Company LLC,   Dept. 55953,   PO Box 55000,
              Detroit, MI.  48255-0953)
517519375     +Fay Servicing Llc,   440 S La Salle St Ste 20,   Chicago, IL 60605-5011
517519376     +Lincoln Automotive Financial Service,   Attn: Bankruptcy,   Po Box 542000,
              Omaha, NE 68154-8000
517519377    ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
              (address filed with court:  Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
              Greenville, SC 29606)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:57    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517519373     +E-mail/Text: convergent@ebn.phinsolutions.com Dec 04 2019 00:19:32
              Convergent Outsourcing, Inc,   Po Box 9004,   Renton, WA 98057-9004
517519374     +E-mail/Text: bknotice@ercbpo.com Dec 04 2019 00:19:01    ERC/Enhanced Recovery Corp,
              Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
517797006     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 04 2019 00:31:44    T Mobile/T-Mobile USA Inc,
              by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                    TOTAL: 5

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
          David  Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
          David  Wolff    on behalf of Attorney   Law Offices of David Wolff LLC dwtrustee@verizon.net
          Denise E. Carlon    on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Paola D. Vera    on behalf of Debtor Amado A. Rodriguez pvera@cabanillaslaw.com,
          bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 6