Order Filed on January 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF DAVID WOLFF LLC**
**Attorneys for Trustee**
**396 Route 34**
**Matawan, NJ 07747**

In Re:

AMADO A. RODRIGUEZ,

        Debtor.

Case No.:        18-19373-RG

Hearing Date:   1/7/2020 @ 10:00 a.m.

Judge:          Hon. Rosemary Gambardella

Chapter:        7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 9, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

Ordered that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of David Wolff LLC | $11,582.00 | $43.94 |