**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LAW OFFICES OF DAVID WOLFF LLC**
**Attorneys for Trustee**
396 Route 34
Matawan, NJ 07747

Order Filed on January 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

AMADO A. RODRIGUEZ,

                Debtor.

Case No.:      **18-19373-RG**

Hearing Date:  **1/7/2020 @ 10:00 a.m.**

Judge:         **Hon. Rosemary Gambardella**

Chapter:       **7**

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 9, 2020**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

Ordered that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Law Offices of David Wolff LLC | $11,582.00 | $43.94 |

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-19373-RG
Amado A. Rodriguez                                              Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin               Page 1 of 1            Date Rcvd: Jan 09, 2020
                              Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db             +Amado A. Rodriguez,    65 N 10th St.,    Paterson, NJ 07522-1113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              David   Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              David   Wolff     on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Paola D. Vera    on behalf of Debtor Amado A. Rodriguez pvera@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6