Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18–19373–RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Amado A. Rodriguez
    65 N 10th St.
    Paterson, NJ 07522

Social Security No.:
    xxx–xx–7600

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
### OF HEARING ON APPLICATIONS FOR COMPENSATION
### (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Rosemary Gambardella on:

DATE:                    April 7, 2020
TIME:                    10:00 AM
LOCATION:                Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor,
Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:                $9000.00
TOTAL DISBURSEMENTS:           $4.46
BALANCE ON HAND:               $8995.54

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

---

APPLICANT(S)
David Wolff, Trustee

COMMISSION OR FEES
Fee: $1650.00

EXPENSES
$16.70

---

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: March 17, 2020
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-19373-RG
Amado A. Rodriguez                                                              Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Mar 17, 2020
                             Form ID: 192              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db              +Amado A. Rodriguez,   65 N 10th St.,   Paterson, NJ 07522-1113
aty             +David Wolff LLC,   Law Offices of David Wolff LLC,   396 Route 34,   Matawn, NJ 07747-7115
aty             +Law Offices of David Wolff LLC,   396 Route 34,   Matawan, NJ 07747-7116
517804172      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,   Dept. 55953,   PO Box 55000,
                 Detroit, MI.  48255-0953)
517519375      +Fay Servicing Llc,   440 S La Salle St Ste 20,   Chicago, IL 60605-5011
517519376      +Lincoln Automotive Financial Service,   Attn: Bankruptcy,   Po Box 542000,
                 Omaha, NE 68154-8000
517519377      ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
                 (address filed with court: Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                 Greenville, SC 29606)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2020 01:05:35     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2020 01:05:29     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517519373      +E-mail/Text: convergent@ebn.phinsolutions.com Mar 18 2020 01:06:05
                Convergent Outsourcing, Inc,   Po Box 9004,   Renton, WA 98057-9004
517519374      +E-mail/Text: bknotice@ercbpo.com Mar 18 2020 01:05:40     ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
517519372       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 18 2020 00:59:17     Chase Card Services,
                Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850
517797006      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 18 2020 01:16:45     T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                            TOTAL: 6

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
         David  Wolff    dwtrustee@verizon.net,   NJ50@ecfcbis.com
         David  Wolff    on behalf of Attorney    Law Offices of David Wolff LLC dwtrustee@verizon.net
         Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Paola D. Vera    on behalf of Debtor Amado A. Rodriguez pvera@cabanillaslaw.com,
          bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com
         Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
          National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6