| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAVID WOLFF<br>396 ROUTE 34<br>MATAWAN, NJ  07747<br>Chapter 7 Trustee |

Order Filed on April 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RODRIGUEZ, AMADO A.

　　　　　　　　　　　　Debtor.

Case No.: 18-19373-RG

Judge: ROSEMARY GAMBARDELLA

Hg. Date: 4/7/20

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 8, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: RODRIGUEZ, AMADO A.
Case No.: 18-19373-RG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $ 1,650.00 is reasonable compensation for the services in this case by DAVID WOLFF, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $ 16.70 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Amado A. Rodriguez  
    Debtor

Case No. 18-19373-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 08, 2020  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.  
db          +Amado A. Rodriguez,    65 N 10th St.,    Paterson, NJ 07522-1113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:
       David   Wolff     dwtrustee@verizon.net,    NJ50@ecfcbis.com  
       David   Wolff     on behalf of Attorney     Law Offices of David Wolff LLC dwtrustee@verizon.net  
       Denise E. Carlon     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Paola D. Vera     on behalf of Debtor Amado A. Rodriguez pvera@cabanillaslaw.com, bankruptcy@cabanillaslaw.com;r64840@notify.bestcase.com  
       Rebecca Ann Solarz     on behalf of Creditor     PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee rsolarz@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 6